Arnulfo Ferrera-Arrazola
DR-08-CR-00611 (01)
Petition for Warrant or Summons for Offender Under Supervision

PROB 12C
(7/93)

# United States District Court
for the
## WESTERN DISTRICT OF TEXAS

FILED
MAR 0 1 2010
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Arnulfo Ferrera-Arrazola                    Case Number: DR-08-CR-00611(01)

Name of Sentencing Judicial Officer: Honorable Alia Moses Ludlum, United States District Judge

Date of Original Sentence: January 15, 2009

Original Offense: Illegal Re-entry into the United States After Deportation, in violation of 8 U.S.C. § 1326(a)

Original Sentence: Eleven (11) months imprisonment; one (1) year Term of Supervised Release.

Type Of Supervision: Supervised Release            Date Supervision Commenced: April 24, 2009

Assistant U.S. Attorney: Herbert Lindsey            Defense Attorney: William Dietz Fry

### PETITIONING THE COURT

__XX__ To issue Warrant.

_____ To issue a SUMMONS

The probation officer believes the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Mandatory Condition No. 1. The defendant shall not commit another federal, state, or local crime during the term of supervision. |
| 2. | Standard Condition: If the defendant is excluded, deported, or removed upon release from imprisonment, the term of supervised release shall be non-reporting supervised release. The defendant shall not illegally re-enter the United States. If the defendant lawfully re enters the United States during the term of supervised release, the defendant shall immediately report in person to the nearest U.S. Probation Office. |

On or about January 17, 2010, the offender was found in the United States having been previously denied admission, excluded, deported and removed from the United States on or about April 29, 2009, and the offender had not received the consent of the Attorney General of the United States and the Secretary of the Department of Homeland Security, the successor for this function pursuant to 6 U.S.C. §§ 202(3), 202(4), & 557, to reapply for admission, being voluntarily in the United States in violation of 8 U.S.C. § 1326(a) & (b)(1)/(2).

A true copy of the original, I certify
Clerk, U.S. District Court

By:_____ Deputy



Arnulfo Ferrera-Arrazola
DR-08-CR-00611 (01)
Petition for Warrant or Summons for Offender Under Supervision

The defendant's term of supervised release commenced on April 24, 2009, and expires on April 23, 2010. On January 17, 2010, the defendant was arrested by the San Diego Border Patrol, for the offense of Illegal Re-entry into the United States. He was found in the Southern District of California without having obtained permission from the Secretary of Homeland Security of the United States to re-apply for admission after being deported on April 29, 2009. According to the San Diego Border Patrol agent, the defendant was turned over to the San Diego County Sheriff's Office due to the active warrant for failure to appear on a charge that occurred prior to the instant offense and they do not know his whereabouts. According to the United States Probation Office, Southern District of San Diego, a complaint has not been filed.

---

U.S. Probation Officer Recommendation:

The term of supervision should be

    XX  revoked.    (Maximum penalty: 1 year imprisonment; 1 year supervised release; and payment of any unsatisfied monetary sanction previously imposed)

  ___  extended for _____ years, for a total term of _____ years.

  ___  The conditions of supervision should be modified as follows:

Approved:

_[signature]_

Victor Calderon
Supervising U.S. Probation Officer

Respectfully Submitted,

_[signature]_

Shelley Flanary
U.S. Probation Officer,
Date: February 24, 2010
Telephone #: 830-703-2089, ext. 235

Approved:

_[signature]_

Robert Brady, Jr.
Assistant U.S. Attorney

Arnulfo Ferrera-Arrazola
DR-08-CR-00611 (01)
Petition for Warrant or Summons for Offender Under Supervision

## THE COURT ORDERS

____ No Action

_X_ The issuance of a WARRANT. *[initials]*

____ The issuance of a SUMMONS.

____ Other: No warrant necessary due to amended petition.

_____
Alia Moses Ludlum
United States District Judge

3/1/10
Date

AO 442   (Rev. 10/03) Warrant for Arrest   (Rev. 9/05 WDTX)                                              1858027

# UNITED STATES DISTRICT COURT

_____Western_____ District of _____Texas_____

UNITED STATES OF AMERICA

V.

ARNULFO FERRERA-ARRAZOLA

**WARRANT FOR ARREST**

Case Number: DR:08-CR-0611 (01)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   ARNULFO FERRERA-ARRAZOLA
                                                                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)
VIOLATION OF CONDITION OF SUPERVISED RELEASE

U.S. MARSHAL W/TX
MAR - 2 2010
WARRANTS
DEL RIO, TEXAS

in violation of Title(s) _____ United States Code, Section(s)  SEE ATTACHED PETITION

S.A. ROSAS                                                                          _S.A. Rosas_ (signature)
Name of Issuing Officer                                                       Signature of Issuing Officer

U.S. DEPUTY CLERK                                                       3/2/2010                            Del Rio, TX
Title of Issuing Officer                                                        Date and Location

DATE ISSUED:   3/2/2010

Bail fixed at $   DETAINED                 by          US DISTRICT JUDGE ALIA MOSES LUDLUM
                                                                                Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

